UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EMPLOYERS MUTUAL CASUALTY
COMPANY,

    Plaintiff,

-v-                                                          Case No.: 2:18-cv-976
                                                          JUDGE GEORGE C. SMITH
                                                          Magistrate Judge Jolson

THE CHURCH OF THE LIVING GOD
INTERNATIONAL, INC., *et al.*,

    Defendants.

## ORDER

This matter is before the Court on the Parties' Unopposed Motion to Stay Proceedings. (Doc. 10). The parties request a stay of this matter so that they may pursue mediation. The mediation is currently scheduled for January 22, 2019.

The Court will grant a brief stay of this matter to allow the parties to pursue mediation. Accordingly, this case is hereby stayed. The parties shall file a notice with the Court 30 days after the scheduled mediation regarding the status of this case.

The Clerk shall remove Document 10 from the Court's pending motions list.

    **IT IS SO ORDERED.**

                                                          */s/ George C. Smith*
                                                           **GEORGE C. SMITH, JUDGE**
                                                           **UNITED STATES DISTRICT COURT**