# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

EMPLOYERS MUTUAL CASUALTY
COMPANY,

        Plaintiff,

v.

THE CHURCH OF THE LIVING
GOD INTERNATIONAL, INC., *et al.*,

        Defendants.

Case No.: 2:18-cv-00976
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE JOLSON

## AGREED ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

All claims against and between the parties have been amicably resolved. Accordingly, this matter is hereby dismissed in its entirety, with prejudice. Each party is responsible for their own attorney's fees and costs.

IT IS SO ORDERED this __17th__ day of April, 2019.

                                                    _____
                                                    Judge George C. Smith

/s/Thomas F. Glassman
Thomas F. Glassman (0061466)
Bonezzi Switzer Polito & Hupp Co., LPA
312 Walnut Street, Suite 2530
Cincinnati, Ohio 45202
Phone 513-345-5500
Fax:   513-345-5510
tglassman@bsphlaw.com
*Counsel for Plaintiff*

/s/Todd E. Bryant
Todd E. Bryant (0072738)
The Bryant Firm, LLC.
122 West Main Street
Troy, Ohio 45373
Phone 937-581-3792
todd@thebryantfirm.com
*Counsel for Defendant, Charles Robinson*

/s/Richard S. Lovering
Richard S. Lovering (0022027)
Sean R. Lehman (0096703)
Bricker & Eckler LLP
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614-227-2300
Fax 614-227-2390
rlovering@bricker.com
slehman@bricker.com
*Counsel for Defendants,*
*Church of the Living God International, Inc.*
*Pool of Bethesda Church of the Living God International, Inc.*
*Mary Butler, Martha Edwards and William Lee*